MASTERS-JERSEY, INC., *ET AL.*, PLAINTIFFS-PETITIONERS, v. MAYOR AND GENERAL COUNCIL OF THE BOROUGH OF PARAMUS, DEFENDANTS-RESPONDENTS.

*Messrs. Saltzman, Rubenstein & Kosoff* for the petitioners.

*Mr. Guy W. Calissi* for the respondents.

February 10, 1958.   Denied.

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. FRANCIS JOSEPH McLAUGHLIN, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below:   47 *N. J. Super.* 271.

*Mr. Frederick T. Law* and *Mr. Frank J. V. Gimino* for the petitioner.

February 10, 1958.   Denied.